Carolyn A. Dye (SBN 97527)
LAW OFFICE OF CAROLYN A. DYE
15030 Ventura Blvd. Ste. 527
Sherman Oaks, CA 91403
Telephone:    818/287-7003
Facsimile:    323/987-5763
trustee@cadye.com

CHAPTER 7 TRUSTEE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.  2:21-bk-10360-NB |
| MAUREEN C. REDMOND, | Chapter: 7 |
| Debtor. | **OPPOSITION TO MOTION FOR RELIEF REQUESTED BY NATIONSTAR MORTGAGE LLC/DBA MR. COOPER** |
| | Date:    June 15, 2021<br>Time:    10:00 a.m.<br>Courtroom:    1545 |

Carolyn A. Dye, Chapter 7 Trustee in the above-referenced case, hereby opposes the Motion for Relief filed on behalf of Nationstar Mortgage LLC/ dba Mr. Cooper for the reasons set forth below. The Motion relates to the property owned by the Debtor and used as her long time residence. The Movant attaches an appraisal showing a value of $  and the lien amount owed is $  . .Trustee's broker estimates based on drive by that the property has a value of $1,400,000.

By its own admission this property involved in the Motion has significant equity and the lender here is well and adequately protected. Trustee is in discussions with the Debtor's counsel and creditors to determine how and if the property could be sold given the liens and the homestead claim of the Debtor. It is premature to allow this lender to proceed with a foreclosure.

---

**OPPOSITION TO RELIEF REQUESTED BY CREDITOR NATIONSTAR MORTGAGE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1)**

DATED: June 9, 2021      LAW OFFICE OF CAROLYN A. DYE

By: _____
Carolyn A. Dye, Chapter 7 Trustee

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15030 Ventura Blvd. Ste. 527, Sherman Oaks, CA 91403.

A true and correct copy of the foregoing document entitled: OPPOSITION TO MOTION FOR RELIEF REQUESTED BY NATIONSTAR MORTGAGE DBA MR. COOPER AUTOMATIC STAY UNDER 11 U.S.C. § 362 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 9, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Raymond H. Aver | ray@averlaw.com, averlawfirm@gmail.com; ani@averlaw.com; katya@averlaw.com |
| Carolyn A Dye (TR) | trustee@cadye.com, cdye@ecf.axosfs.com; atty@cadye.com |
| Erin M McCartney | bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com |
| Cassandra J Richey | cdcaecf@bdfgroup.com |
| Edward A Treder | cdcaecf@bdfgroup.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Rich Miyamoto | rmiyamoto@tmlegal.com |

**2. SERVED BY UNITED STATES MAIL**: On June 9, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
The Honorable Neil W. Bason
United States Bankruptcy Judge
255 E. Temple Street
Suite 1552
Los Angeles, CA 90012

Maureen Redmond
12808 Greene Avenue
Los Angeles, CA 90066

Lori Haynes
Attn: Managing or Servicing Agent
P.O. Box 5442
Santa Monica, CA 90409

Los Angeles County Tax Collector
Attn: Managing and Servicing Agent
P.O. Box 54018
Los Angeles, CA 90054

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 9, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 9, 2021

Karissa De La Trinidad

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE